PS 42
(Rev 7/93)

# United States District Court
## Western District of Tennessee

FILED IN OPEN COURT:
DATE: 4/27/05
TIME: 10:00 am
INITIALS: mv

| | | |
|---|---|---|
| **United States of America** | ) | |
| vs | ) | |
| Charles Franklin Grubb | ) | Case No. 05-20047-001 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Charles Franklin Grubb, have discussed with Loretta Fleming, Pretrial Services/Probation Officer, modification of my release conditions as follows:

1) Refrain from possessing a firearm, destructive device, or other dangerous weapon

I consent to this modification of my release conditions and agree to abide by this modification.

_____  4/27/05   _____  4/27/05
Signature of Defendant       Date    Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  4-27-05
Signature of Defense Counsel   Date

[✓] The above modification of conditions of release is ordered, to be effective on 4/27/05

[ ] The above modification of conditions of release is not ordered.

_____  4/27/05
Signature of Judicial Officer   Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-27-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20047 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT