IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT FOR TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 25 PM 5:22

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                 Cr. No. 05-20047-B

CHARLES FRANKLIN GRUBBS,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION TO WAIVE APPEARANCE AT REPORT DATE

---

The Court having considered the defendant's motion to waive his appearance at the report date finds that in light of the defense need for additional time to prepare, the need to review the discovery with the defendant, the fact that Mr. Grubb resides in Texas and was recently appointed counsel on May 4, 2005 the motion should be **Granted**. Therefore, the defendant shall not be required to appear at the report date scheduled ~~Monday,~~ Tuesday, May 30, 2005.

It is so **ORDERED**, this the 25th day of May 2005.

_____
UNITED STATES DISTRICT COURT JUDGE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CR-20047 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT