IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN -2 PM 4: 18

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CR. NO. 05-20047-B

CHARLES FRANKLIN GRUBB,

    Defendant.

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND **SETTING**

This cause came on for a report date on May 31, 2005. At that time, counsel for the defendant requested a continuance of the June 6, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to August 1, 2005 with a **report date of Monday, July 25, 2005, at 9:30 a.m.**, in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from June 17, 2005 through August 12, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 2\_\_ day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6/3/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CR-20047 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT