IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ O.C.

05 JUN 13  AM II: 32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ＊ | |
| Plaintiff, | ＊ | |
| v. | ＊ | CR. NO. 05-20047-B |
| CHARLES FRANKLIN GRUBB, | ＊ | |
| Defendant. | ＊ | |

## ORDER GRANTING THE DEFENDANT PERMISSION TO ACCEPT EMPLOYMENT IN NEWTON, IOWA

After having considered the defendant's Motion To Accept Employment In the Southern District of Iowa, the Response of the United States, the Reply of the Defendant and having reviewed the pretrial services report of the defendant and consulted the local pretrial services Officer, the Court finds that the Motion should be **granted** to permit the defendant to accept employment in Newton, Iowa in the Southern District of Iowa.

The defendant is to continue supervision as established by Pretrial Services.

It is so *Ordered*, *Adjudged* and *Decree*d this 10 day of **June 2005.**

_____
J. DANIEL BREEN
United States District Court Judge



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CR-20047 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT