IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 19 PM 5:28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    05-20268-B
    ✓05-20047-B

CHARLES FRANKLIN GRUBB,

    Defendant.

## ORDER FOR UNITED STATES MARSHAL TO PROVIDE TRANSPORTATION

This cause having come before this Court on the 18th day of August, 2005 upon the petition of the defendant, pursuant to 18 U.S.C. §4285, for transportation and subsistence from Killeen, Texas to Memphis, Tennessee for a Report Date in court on **Monday, August 29, 2005 at 9:30 a.m.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the United States Marshal shall provide, to defendant Charles Franklin Grubb, transportation and per diem for subsistence from Killeen, Texas to Memphis, Tennessee.

_____
HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

8/18/05
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CR-20047 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT