CJA 7
ev. 2/84)

LOCATION CODE _____

FILED BY _____ D.C.

05 AUG 30 AM 11:14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TENNESSEE

SA _____ vs. Charles Grubb

05-20047-B ✓
Docket No. 05-20268-B _____

**ORDER TERMINATING APPOINTMENT OF COUNSEL**   XX
and/or
**AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS**

Check one or both
☐

---

WHEREAS, the Federal Defender was appointed as counsel for the above defendant/petitioner, on the 25th day of July, 20 05; and 4th day of May 2005

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

XX ORDERED that the appointment of said counsel is hereby terminated.

☐ AUTHORIZED/DIRECTED that such funds in the amount of $ _____ be paid by said defendant/petitioner or by _____ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

Defendant has retained private counsel (Mr. William "Bill" Anderson) to handle both cases.

Dated this 30th day of August, 20 05.

_____
United States Judge/Magistrate

DISTRIBUTION:   COURT'S FILE   COURT APPOINTED COUNSEL   PERSON REPRESENTED   CLERK'S FILE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-31-05

(35)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:05-CR-20047 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

William C. Anderson
ANDERSON LAW FIRM
369 N. Main St.
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT