IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Case. No.: 05-20047-B
                                      05-20268-M

CHARLES GRUBB,

    Defendant.

## ORDER GRANTING MOTION TO WAIVE APPEARANCE OF DEFENDANT AT REPORT DATE

This matter came to be heard by The Honorable Judge J. Daniel Breen and for good cause shown is granted.

_____
The Honorable Judge J. Daniel Breen

    9/1/05
_____
Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on   9-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:05-CR-20047 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

William C. Anderson
ANDERSON LAW FIRM
369 N. Main St.
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT