IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

FILED BY _____ D.C.

05 OCT 31  AM 11: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES GRUBB,

    Defendant.

Case. No.: 05-20047-B
05-20268-M

---

## ORDER GRANTING MOTION TO WAIVE  APPEARANCE OF DEFENDANT AT REPORT DATE

---

This matter came to be heard by The Honorable Judge J. Daniel Breen and for good cause shown is granted.

The Honorable Judge J. Daniel Breen

10/28/05
Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  10-31-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:05-CR-20047 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

William C. Anderson
ANDERSON LAW FIRM
369 N. Main St.
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT