# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# AT MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

                                      Case. No(s).: 2:05 CR 20047-01
                                                       2:05 CR 20268-01

CHARLES GRUBB

    Defendant.

## POSITION OF THE DEFENDANT WITH RESPECT TO SENTENCING FACTORS

COMES NOW, the defendant by and through counsel, and notifies the Court of the position of the defendant in accordance with § 6A 1.2 of the <u>Sentencing Guidelines and Policy Statements.</u>

1. The attorney for the defendant has received and reviewed the pre-sentence report filed in this case.

2. The defendant has no objections to the calculations and the guidelines.

                                              Respectfully Submitted:

                                              S/ Bill Anderson, Jr.
                                              _____
                                              Bill Anderson, Jr.  BPR # 10363
                                              Attorney for Defendant
                                              369 N. Main St.
                                              Memphis TN 38103
                                              (901) 527-6521

## CERTIFICATE OF SERVICE

I, Bill Anderson, Jr. hereby certify that a true and correct copy of the foregoing has been mailed via U.S. Mail, postage pre-paid, to the Assistant United States Attorney, 167 N. Main St. Room 800, Federal Building, Memphis, TN 38103 on this the 22nd day of May, 2006.

                                                           S/ Bill Anderson, Jr.
                                                           _____
                                                           Bill Anderson, Jr.